```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                      FORT WORTH DIVISION
MARGARITA WILEY                    §
                                   §
vs.                                §   Civil Action No. 4:21-CV-54
                                   §
WALMART, INC.                      §
```

### FINAL JUDGMENT

In accordance with the joint stipulation of dismissal (doc. 25) and Federal Rule of Civil Procedure 58, all of Plaintiff's claims against Defendant in the instant action are hereby **DISMISSED WITH PREJUDICE**. All costs of Court are to be borne in accordance with the parties' agreement.

SIGNED April 25, 2022.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

FINAL JUDGMENT - PAGE SOLO